# Criminal Case Cover Sheet        U.S. District Court

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00023**

Same Defendant _____ New Defendant ___x___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes _____ No

Defendant Name _____ Wei Xing Zeng _____

Alias Name _____

Address _____

_____ China _____

**RECEIVED**

AUG - 2 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birthdate _xx/xx/1976_ SS# _____ Sex __M__ Race __A__ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

**Interpreter:** _____ No __X_ Yes    List language and/or dialect: _Chinese (mandarin)_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___1___    _____ Petty __X__ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1324(a)(2)(B)(iii) | Bringing In Illegal Aliens | 1 |
| Set 2 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-1-06__    Signature of AUSA: _Fred A. Black_