**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**06-00023**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Xiao Ping Chen_____

Alias Name _____

Address _____

_____China_____

Birthdate _xx/xx/1977_ SS# _____ Sex __M__ Race __A__ Nationality _Chinese___

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

Interpreter: _____ No __X_ Yes   List language and/or dialect: __Chinese (mandarin)__

**R E C E I V E D**

AUG - 2 2006

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___   _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-2-06__   Signature of AUSA: _Frederick A. Black_