# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City: Hagåtña

Country/Parish: _____

**Related Case Information:**

Superseding Indictment: _____ Docket Number: **06-00023**
Same Defendant: _____ New Defendant: __x__
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: ____ Yes _X_ No

Defendant Name: Rong Sheng Chen

Alias Name: _____

Address: _____
China

Birthdate: xx/xx/1974   SS#: ____   Sex: M   Race: A   Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ____ No _X_ Yes   List language and/or dialect: Chinese (mandarin)

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 5 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 8-2-06   Signature of AUSA: Frederick A. Black

*RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM*