# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City      Hagåtña

Country/Parish      

**Related Case Information:**

**06 - 00023**

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant \_\_\_\_x\_\_\_\_

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes \_\_\_\_\_ No \_\_X\_\_ Matter to be sealed: _____ Yes \_\_X\_\_ No

Defendant Name      Yue Xing Lin

Alias Name     

Address     

     China

Birthdate  xx/xx/1976   SS# _____ Sex \_F\_ Race \_A\_ Nationality  Chinese

**U.S. Attorney Information:**

AUSA   Frederick A. Black

**Interpreter:** \_\_\_\_\_ No \_X\_ Yes    List language and/or dialect: \_\_Chinese (mandarin)\_\_

**RECEIVED**

AUG - 2 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** \_\_1\_\_\_\_\_    \_\_\_\_\_ Petty \_\_X\_\_ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 6 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

**Date:**   8-2-06    **Signature of AUSA:**   Fred A. Black