# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**RONG SHENG CHEN**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-06-00023-004** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

**FILED**
**DISTRICT COURT OF GUAM**
**AUG - 3 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| Before: **HONORABLE JAMES WARE** | Date and Time<br>**August 3, 2006 at 2:30 p.m.** |

To answer a(n)

**X** Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **8**    United States Code, Section(s)    **1325(a)(1) and (2)**

Brief description of offense:

**COUNT V - ILLEGAL ENTRY BY AN ALIEN**

---

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**August 2, 2006**
Date

ORIGINAL

## RETURN OF SERVICE

Date  8/3/2006

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:  USMS  UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM, 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/3/2006
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.