# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00023-004      DATE: August 03, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 2:42:03 - 2:54:41
CSO: J. McDonald / J. Lizama

**APPEARANCES:**
Defendant: Rong Sheng Chen      Attorney: Mark Smith
☑ Present ☐ Custody ☐ Bond      ☑ Present ☐ Retained
☐ P.R.      ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black      U.S. Agent:
U.S. Probation: Stephen Guilliot      U.S. Marshal: V. Roman / G. Perez
Interpreter: Foo Mee Chun Clinard      Language: Mandarin
☐ Sworn ☑ Previously Sworn

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Mark Smith, appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waived reading of the Indictment.
- Plea entered: Not Guilty to Count V.
- Trial set for: September 20, 2006 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: