FILED

DISTRICT COURT OF GUAM

AUG - 4 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00023 |
| Plaintiff, | |
| vs. | APPOINTMENT ORDER |
| WEI XING ZENG, et. al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **WEI XING ZENG**; **G. PATRICK CIVILLE** is appointed to represent defendant **JIA WEI HUANG**; **WILLIAM L. GAVRAS** is appointed to represent defendant **XIAO PING CHEN**; **MARK S. SMITH** is appointed to represent defendant **RONG SHENG CHEN**; **PHILLIP J. TYDINGCO** is appointed to represent defendant **YUE XING LIN**; and **JOSEPH C. RAZZANO** is appointed to represent defendant **LIU HUA HUANG** in the above-entitled case *nunc pro tunc* to August 2, 2006.

Dated this 3rd day of August, 2006.

*James Ware*

**JAMES WARE, DESIGNATED JUDGE**
**DISTRICT COURT OF GUAM**

ORIGINAL