LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00023-04 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS COUNT V OF INDICTMENT** |
| RONG SHENG CHEN, | |
| Defendant. | |

Based on the defendant's sentencing in Magistrate Case No. 06-00017, the United States' Motion to Dismiss Count V of the Indictment as to defendant, RONG SHENG CHEN, is hereby granted.

SO ORDERED this 9th day of January 2007.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL